### III. Conclusion

All four *Huddleston* factors are met—the government offered the evidence of the two prior incidents for a proper purpose under Rule 404(b), the evidence was relevant under Rule 401, the probative value of the evidence was not substantially outweighed by its potential for unfair prejudice under Rule 403, and the district court repeatedly instructed the jury pursuant to Rule 105 to consider the evidence only for the purpose for which it was admitted. Accordingly, we hold the district court did not abuse its discretion in admitting the challenged evidence and thus AFFIRM Henthorn's conviction.

**FLANIGAN'S ENTERPRISES, INC OF GEORGIA, Fantastic Visuals, LLC, Plaintiffs-Appellants,**

**Melissa Davenport, Marshall G. Henry, Intervenors-Plaintiffs-Appellants,**

v.

**CITY OF SANDY SPRINGS, GEORGIA, Defendant-Appellee.**

No. 14-15499

United States Court of Appeals, Eleventh Circuit.

Date Filed: 03/14/2017

Cary Stephen Wiggins, Wiggins Law Group, ATLANTA, GA, for Plaintiffs-Appellants.

Craig Goodmark, Goodmark Law Firm, LLC, DECATUR, GA, Gerald Richard

* Senior United States Circuit Judge R. Lanier Anderson may elect to participate in further

Weber, Jr., Law Offices of Gerry Weber, LLC, ATLANTA, GA, Adam Brett Wolf, Peiffer Rosca Wolf Abdullah Carr & Kane, LLP, SAN FRANCISCO, CA, for Intervenors-Appellants.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.*

BY THE COURT:

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc,

It is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Estelle STEIN, Defendant-Appellant.**

No. 16-10914-BB

United States Court of Appeals, Eleventh Circuit.

Date Filed: 03/23/2017

Curtis Clarence Pett, Mary Apostolakos Hervey, Bridget Maria Rowan, U.S. Department of Justice, Chief Appellate Section Tax Division, Washington, DC, for Plaintiff-Appellee.

proceedings in this matter pursuant to 28 U.S.C. § 46(c).

Alex P. Rosenthal, Rosenthal Law Group, Weston, FL, Clifford Marshall Stein, Clifford M. Stein, Attorney at Law, Miami Beach, FL, for Defendant-Appellant.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, and JULIE CARNES, Circuit Judges.[1]

BY THE COURT:

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc, it is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.

**Thomas D. ARTHUR, Plaintiff-Appellant,**

**v.**

**COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, Anne Adams Hill, General Counsel, Alabama Department of Corrections, in her official capacity, Holman CF Warden, Defendants–Appellees.**

**No. 17-11879-P**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 05/25/2017

1. Judge Jill Pryor is recused from this case.

Suhana Han, Adam Brebner, Akash M. Toprani, Sullivan & Cromwell, LLP, New York, NY, Christine A. Freeman, John Anthony Palombi, Federal Defender Program, Inc., Montgomery, AL, for Plaintiff-Appellant.

Thomas R. Govan, Jr., James Clayton Crenshaw, James Roy Houts, Lauren Ashley Simpson, Alabama Attorney General's Office, Steven Marshall, Attorney General's Office, Montgomery, AL, for Defendants–Appellees.

Before GERALD BARD TJOFLAT, Acting Chief Judge, HULL, MARCUS, WILSON, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES and JILL PRYOR, Circuit Judges.*

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted against granting a rehearing en banc, it is ORDERED that this case will not be reheard en banc. The motion for a stay of execution is DENIED.

MARTIN, Circuit Judge, dissenting to the denial of rehearing en banc:

A judge of this court asked for en banc consideration of Thomas Arthur's access to the court claim. A majority of judges has now voted against en banc review. I would have preferred for the whole court to consider Mr. Arthur's claim, so I respectfully dissent.

The State of Alabama plans to execute Mr. Arthur tonight. Mr. Arthur has made

* Chief Judge Ed Carnes and Judge William H. Pryor Jr., having recused themselves, did not participate.